UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

JEANNA SUE REEDY                                    Case No.: 8:18-bk-09240-RCT
                                                    Chapter: 7
        Debtor.
_____/

**QUICKEN LOANS INC.'S VERIFIED
MOTION FOR RELIEF FROM AUTOMATIC STAY**

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at 801 N. Florida Avenue, 5th Floor, Tampa, Florida 33602 and serve a copy on the movant's attorney, McCalla Raymer Leibert Pierce, LLC, 110 S.E. 6th Street, Suite 2400, Ft. Lauderdale, FL 33301, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Quicken Loans Inc. (the "Secured Creditor"), its successors and/or assigns, as a secured creditor of the bankruptcy estate of Jeanna Sue Reedy (the "Debtor"), seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d), and in support thereof, states as follows:

1.      <u>Debtor's Bankruptcy Case</u>.  On October 26, 2018, the Debtor filed the above-captioned Chapter 7 bankruptcy case.

2.      <u>Jurisdiction</u>.  Jurisdiction of this matter is properly before this Court pursuant to 28 U.S.C. § 1334 and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure.

3. <u>The Note and Mortgage</u>. On April 22, 2016, the Debtor, Jeanna S. Reedy, executed and delivered a note (the "Note") in the principal amount of $58,600.00, which is secured by a mortgage (the "Mortgage"). The Mortgage is recorded with a File Number 2016-00023079, of the Public Records of Montgomery County, Ohio. A copy of the Mortgage, together with the Note, and any applicable Assignments, are attached hereto as **Exhibit A, B and C**.

4. <u>Collateral</u>. Secured Creditor is entitled to enforce the Note and Mortgage, which are secured by the real property (the "Property") located at 4079 Navajo Ave, Dayton, Ohio 45424-2826 and further described as follows:

Land Situated in the City of Huber Heights in the County of Montgomery in the State of OH

AND BEING LOTS NUMBERED SEVEN HUNDRED FIFTY EIGHT (758), SEVEN HUNDRED FIFTY NINE (759), SEVEN HUNDRED NINETY SIX (796) AND SEVEN HUNDRED NINETY SEVEN (797) MIAMI VILLA AS RECORDED IN PLAT BOOK "S", PAGE(S) 79 AND 80 OF THE PLAT RECORDS OF MONTGOMERY COUNTY, OHIO.

THE PROPERTY ADDRESS AND TAX PARCEL IDENTIFICATION NUMBER LISTED ARE PROVIDED SOLELY FOR INFORMATIONAL PURPOSES.

5. <u>Secured Creditor's Claim</u>. The Debtor owes Secured Creditor an outstanding principal balance of $56,288.96, plus applicable interest, penalties, fees and costs, and has defaulted by failing to make the payment due on September 1, 2018, and all subsequent payments due thereafter.

6. <u>Relief Requested</u>. Secured Creditor requests the entry of an order modifying the automatic stay pursuant to 11 U.S.C. § 362(d) to permit Secured Creditor to enforce all of its <u>in rem</u> remedies against the Property pursuant to the Note and Mortgage. The requested relief should be granted for the following reasons:

- Since the instant case is a Chapter 7 bankruptcy, the Property is not necessary to an effective reorganization;

- Debtor's Statement of Intention provides for the surrender of the property;

- Interest continues to accrue; and

- Property taxes continue to accrue.

7.  <u>Request for Attorney's Fees and Costs</u>.  Secured Creditor requests attorney's fees in the amount of $350.00 and costs of $181.00, as a result of filing the instant motion.

8.  <u>Request for Waiver of 14-Day Stay of Relief</u>.  Secured Creditor requests that the 14 day stay, pursuant to Fed. R. Bankr. P. 4001(a)(3), be waived.

Wherefore, Secured Creditor requests the entry of an order modifying the automatic stay and for such other and further relief as the Court deems just and proper**.**

McCalla Raymer Leibert Pierce, LLC

By:     */s/ Austin  Noel*
Austin  Noel
Florida Bar No. 106539
Attorney for Creditor
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, Florida 33301
Phone:  813-774-6221
Fax:  813-774-6221
Email:  Austin.Noel@mccalla.com

## VERIFICATION

The undersigned **Michelle Cole** (name of witness), as the **Loss Mitigation Officer** (title/position of witness) of Quicken Loans Inc.; hereby declares under penalty of perjury that:

(i) I have personal knowledge of the business books and records of Quicken Loans Inc.;

(ii) Based on my review of the business books and records of Quicken Loans Inc., the information and allegations set forth in paragraphs 3 through 5 above, are true and correct to the best of my knowledge; and

(iii) The documents attached hereto as **Exhibit A, B, C** are true and correct copies of the originals.

_Michelle Cole_
Name and Title of Witness
Loss mitigation officer