UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

JEANNA SUE REEDY,    Case No.: 8:18-bk-09240-RCT
                     Chapter: 7
　　Debtor.
_____/

**RESPONSE TO MOTION TO SELL
REAL PROPERTY AND PAY SECURED
CREDITOR(S) AND TRANSACTIONAL COSTS (DOC. NO. 38)**

Quicken Loans Inc. (the "Secured Creditor"), by and through undersigned counsel, responds to the Motion to Sell Real Property and Pay Secured Creditor(s) and Transactional Costs (the "Motion") (Doc. No. 38) and in support thereof, Secured Creditor states as follows:

1. This case was commenced by the filing of a voluntary Chapter 7 petition on October 26, 2018.

2. Secured Creditor holds a mortgage lien against the Debtor's property located at 4079 Navajo Avenue, Dayton, Ohio 45424 (the "Property").

3. On December 17, 2019, the Debtor filed the Motion seeking authority to short-sale the Property for base price of $57,900.00 plus an additional buyer's premium of $2,500.00.

4. Section 363(f) provides that property of the Estate can be sold free and clear of liens if . . . "(2) such entity consents; (3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property . . . "

5. Secured Creditor conditions its consent for purposes of §363(f)(2) upon inclusion of language in the Order that states that the approval of the short sale is contingent on Secured Creditor's written approval and the terms of said written approval attached hereto as "Exhibit A" including the deadline for closing must take place on or before January 10, 2020.

6.	Secured Creditor reserves the right to supplement and/or amend this Objection.

WHEREFORE, the Secured Creditor requests that the Court enter an order approving Motion to Sell Real Property and Pay Secured Creditor(s) and Transactional Costs with the additional language requested by Secured Creditor, and for such other and further relief as the Court deems just and proper.

|     |     |
| --- | --- |
|     | McCalla Raymer Leibert Pierce, LLC |
| By: | */s/Melbalynn Fisher* |
|     | Melbalynn Fisher |
|     | Florida Bar No. 107698 |
|     | 1544 Old Alabama Road |
|     | Roswell, GA 30076 |
|     | 954-526-5846 |
|     | melbalynn.fisher@mccalla.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on January 6, 2020 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail, First Class to Jeanna Sue Reedy, 1071 Donegan Road, Lot 1151, Largo, FL 33771.

By:    */s/Melbalynn Fisher*
       Melbalynn Fisher

- CarMax Auto Finance CAF_bankruptcy_department@carmax.com
- Richard M Dauval data@leavenlaw.com, rdauval@leavenlaw.com;rsingleton@leavenlaw.com;mfowler@leavenlaw.com;leavenlaw@gmail.com;sflanagan@leavenlaw.com;emartin@leavenlaw.com;leavenlaw@
- Richard M Dauval, Attorney for Trustee rdauval@leavenlaw.com
- Melbalynn Fisher Melbalynn.Fisher@mcccalla.com, FLBKECF@mccalla.com
- Stephen L Meininger SLMeininger@earthlink.net, smeininger@ecf.epiqsystems.com;FL38@ecfcbis.com
- Charles G Moore cgmpa1@aol.com
- Ashley Prager Popowitz Ashley.popowitz@mrpllc.com, FLBKECF@mrpllc.com
- United States Trustee - TPA7/13 USTPRegion21.TP.ECF@USDOJ.GOV

McCalla Raymer Leibert Pierce, LLC
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301



1050 Woodward Avenue | Detroit, MI 48226

# Short Sale Approval

## Loan Information

**Loan Number:** ████
**Property Address:** 4079 Navajo Ave
Dayton, OH 45424
**Notice Date:** 11/29/2019

Jeanna Reedy
4079 Navajo Ave
Dayton, OH 45424-2826

Hi, Jeanna Reedy.

Congratulations! Your short sale has been approved.

This will outline your short sale approval requirements. A copy of this letter is being sent to your real estate agent, who will be working with the closing agent to ensure a smooth and easy closing.

**Closing must take place on or before 01/10/2020!**

Enclosed, you will find the following documents, which have been provided to your agent:

- Real estate agent and closing agent instructions
- Documents that will be signed at closing and returned to Quicken Loans in the time frames specified.

Please note that if your loan is in active bankruptcy or active foreclosure, the short sale might be contingent on court approval.

If you have further questions, please do not hesitate to contact us at (800) 508-0944,
Monday - Friday, 8:30 a.m. - 9:00 p.m. ET, and Saturday, 9:00 a.m. - 4:00 p.m. ET.
You can also email us at AccountResolution@QuickenLoans.com.

Sincerely,

Your Account Resolution Team

Quicken Loans and/or the owner of your loan will not pursue further efforts to collect the difference in the payment received and the unpaid balance due. This is often referred to as a waiver of deficiency judgment.
If you have an active bankruptcy, or if you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.
If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must send it to the following address:
Quicken Loans Inc.
P.O. Box 442359
Detroit, MI 48244-2359
Fax: (877) 382-3138

**Questions?** Contact Your Account Resolution Team.

Phone: (800) 508-0944
Email: AccountResolution@QuickenLoans.com
Secure Fax: (877) 380-5084

Hours: Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET

Page 1
LM139



1050 Woodward Avenue | Detroit, MI 48226

**Short Sale Approval**

## Real Estate Agent Instructions

Closing must take place on or before 01/10/2020.

If you cannot close by this date, please reach out to us immediately.

### Loan Information

| | | | | |
|---|---|---|---|---|
| Buyer(s): | Christina Martin | | | |
| Seller(s): | Jeanna Reedy | | | |
| Sale Price: | | $57,900.00 | Maximum Allowed to HOA Liens: | $0.00 |
| Maximum Commission Paid to Agent: | | $3,474.00 | Maximum Allowed to Jr. Lien Holder: | $0.00 |
| Other Closing Costs (less prepaids): | | $5,442.00 | | |
| Seller Concessions: | | $0.00 | Net Proceeds to Quicken Loans: | $48,984.00 |

### Closing, Fees and Proceeds

Closing must take place on or before 01/10/2020, or this approval is void. If an extension is needed, contact Quicken Loans immediately to determine if changing the date will impact the fees associated with the closing.

If the closing date is delayed, the client/seller/closing agent(s) will be responsible for any additional per diem interest, costs or fees due to the new date of closing.

*The preliminary Closing Disclosure Statement must be provided to Quicken Loans at least 72 hours prior to closing. You cannot close without final approval.*

Any additional fees that were not approved on 01/10/2020, will not be covered by Quicken Loans and will become the sole responsibility of either the agent of the seller or the buyer to pay at closing.

The seller will not receive any proceeds from the short sale transaction. If there are any remaining funds, they will not be returned to the seller; they will be sent to Quicken Loans Inc.

### Property, Liens and Parties to This Transaction

The property must be free and clear of all liens other than those recognized and accounted for on the Closing Disclosure Statement approval on which this approval is based.

This property can only be sold to an approved buyer.

The home must be sold in "as is" condition. No repairs will be made or paid out of the proceeds unless specifically stated otherwise.

If applicable, Quicken Loans Inc. requires the second lien holder's Short Sale Approval Letter prior to the closing of this transaction.

There are not to be any transfers of property within 30 days of this transaction (as outlined in the Deed Restriction form enclosed).

---

**Questions?** Contact Your Account Resolution Team.

Phone: (800) 508-0944
Email: AccountResolution@QuickenLoans.com
Secure Fax: (877) 380-5084

Hours:  Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET

Page 2
LM139

**Quicken Loans**
1050 Woodward Avenue | Detroit, MI 48226

# Short Sale Approval

## Closing Agent Instructions

### Loan Information

| | | | | |
|---|---|---|---|---|
| Buyer(s): | Christina Martin | | | |
| Seller(s): | Jeanna Reedy | | | |
| Sale Price: | | $57,900.00 | Maximum Allowed to HOA Liens: | $0.00 |
| Maximum Commission Paid to Agent: | | $3,474.00 | Maximum Allowed to Jr. Lien Holder: | $0.00 |
| Other Closing Costs (less prepaids): | | $5,442.00 | | |
| Seller Concessions: | | $0.00 | Net Proceeds to Quicken Loans: | $48,984.00 |

**Closing, Fees and Proceeds**

**Prior to Closing**

Closing must take place on or before 01/10/2020, or this approval is void. If an extension is needed, contact Quicken Loans immediately to determine if changing the date will impact the fees associated with the closing.

If the closing date is delayed, the client/seller/closing agent(s) will be responsible for any additional per diem interest, costs or fees due to the new date of closing.

**The closing agent must return a copy of the below item(s) 72 hours prior to closing:**

Closing Disclosure Statement. You cannot close without final approval of the closing costs.

Please sign and return the enclosed Deed Restriction form.

**At Closing**

Please note that if your loan is in active bankruptcy or active foreclosure, your short sale may be contingent upon court approval.

Any additional fees that were not approved on 01/10/2020 will not be covered by Quicken Loans and will become the sole responsibility of either the agent or the seller or the buyer to pay at closing.

The seller will not receive any proceeds from the short sale transaction. If there are any remaining funds, they will not be returned to the seller; they will be sent to Quicken Loans Inc.

**Same day as closing, we will need sent back to us:**

The signed Affidavit of Arm's Length Transaction (enclosed)

Updated Client Contact Information

Certified copy of the Final Closing Disclosure Statement

Deed

If these forms are not returned at closing, we will return the funds from the wire transfer.

continued →

**Questions?** Contact Your Account Resolution Team.

Phone: (800) 508-0944
Email: AccountResolution@QuickenLoans.com
Secure Fax: (877) 380-5084

Hours: Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET

Page 3
LM139



1050 Woodward Avenue | Detroit, MI 48226

**Short Sale Approval**

## Closing Agent Instructions Continued

**Property, Liens and Parties to This Transaction**

The property must be free and clear of all liens other than those recognized and accounted for on the Closing Disclosure Statement approval on which this approval is based.

This property can only be sold to an approved buyer.

The home must be sold in "as is" condition. No repairs will be made or paid out of the proceeds unless specifically stated otherwise.

If applicable, Quicken Loans Inc. requires the second lien holder's Short Sale Approval Letter prior to the closing of this transaction.

The Closing Agent(s) must disclose any and all transactions in regards to the above noted property. There are not to be any transfers of property within 30 days of the closing of this transaction (as outlined in the Deed Restriction form enclosed).

Upon receipt of the above-stated items, Quicken Loans Inc. will issue a release of lien on the mortgage.

**Mail the requested original documents to this address:**

Quicken Loans Inc.
Attention: Servicing – Account Resolution
635 Woodward Ave.
Detroit, MI 48226

**Wiring Instructions**

Payoff funds must be wired unless otherwise specified:

Bank: JP Morgan Chase Bank, N.A.
ABA: ▇▇▇▇▇
Account: ▇▇▇▇▇
Account Name: Quicken Loans Custodial Clearing Account
Beneficiary: Quicken Loans Inc.
Loan Number: ▇▇▇▇▇
Reference: Jeanna Reedy - Short Payoff

**Requested Documents**

If we do not receive the requested documents within the requested amount of time, the wire will be rejected.

Closing Disclosure Statement: 72 hours prior to closing
Deed Restriction: 72 hours prior to closing
Short Sale Approval from Second Lien Holder: 72 hours prior to closing (if applicable)
Promissory Note: 72 hours prior to closing (if applicable)
Updated Client Contact Information: Closing day
Affidavit of Arm's Length Transaction: Closing day
Certified Final Closing Disclosure Statement: Closing day
Deed: Closing day
Signed Promissory Note: Closing day (if applicable)

Sincerely,

Your Account Resolution Team

continued →

**Questions?** Contact Your Account Resolution Team.

Phone: (800) 508-0944
Email: AccountResolution@QuickenLoans.com
Secure Fax: (877) 380-5084

Hours:  Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET

Page 4
LM139



**Short Sale Approval**

1050 Woodward Avenue | Detroit, MI 48226

**Deed Restriction**

I, _____ , as representative for _____ ,
               Name                                                                    Title Company

verify that I understand and agree to insert the following provision into the deed conveying title to the property:

"Grantee herein is prohibited from conveying captioned property for any sales price for a period of 30 days from the date of this deed. After this 30-day period, Grantee is further prohibited from conveying the property for a sales price greater than $69,480.00 until 90 days from the date of this deed. These restrictions shall run with the land and are not personal to the Grantee."

_____       _____
Title Representative Signature                                                                   Date

_____
Title Representative Print Name

_____
Print Title Company

**Questions?** Contact Your Account Resolution Team.

Phone: (800) 508-0944       **Hours:**  Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Email: AccountResolution@QuickenLoans.com       Saturday: 9:00 a.m. – 4:00 p.m. ET
Secure Fax: (877) 380-5084

Page 5
LM139



**Fax Cover Sheet**

1050 Woodward Avenue | Detroit, MI 48226

**To:**

Quicken Loans Account Resolution Team
**Phone:** (800) 508-0944
**Email:** AccountResolution@QuickenLoans.com    (Do not use email to send documents.)
**Fax:** (877) 380-5084

**From:**

**Name:**

**Phone:**

**Email:**

**Loan Number:** ▮▮▮▮▮▮

**Date and Time Sent:**

**Number of Pages Including Cover Page:**

**Comments:**

---

**Questions?** Contact Your Account Resolution Team.

**Phone:** (800) 508-0944                                  **Hours:**  Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
**Email:** AccountResolution@QuickenLoans.com                           Saturday: 9:00 a.m. – 4:00 p.m. ET
**Secure Fax:** (877) 380-5084



**Short Sale Approval**

1050 Woodward Avenue | Detroit, MI 48226

## Updated Client Contact Information

If you've had a mailing address or phone number change, please fill out the form below and return it to Quicken Loans so we can send you your tax information.

**Client**

_____
Address:

_____
City:

_____
State, ZIP Code:

_____
Phone Number:

**Co-Client**

_____
Address:

_____
City:

_____
State, ZIP Code:

_____
Phone Number:

By signing below, you agree to inform Quicken Loans of any changes to your current mailing address and phone number.

Please return this form by fax to (877) 380-5084 or by mail to this address:

Quicken Loans Inc.
Attn: Servicing – Account Resolution
635 Woodward Ave., Detroit, MI 48226

_____    _____
Client Signature                                 Date

_____
Print Name

_____    _____
Co-Client Signature                              Date

_____
Print Name

**Questions?** Contact Your Account Resolution Team.

Phone: (800) 508-0944
Email: AccountResolution@QuickenLoans.com
Secure Fax: (877) 380-5084

Hours:  Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET



# Affidavit of Arm's Length Transaction

1050 Woodward Avenue | Detroit, MI 48226

**Property Address:**
4079 Navajo AveDayton, OH 45424

| | |
|---|---|
| **Servicer:** Quicken Loans, Inc. | **Servicer Loan Number:** ▓▓▓▓ |
| **Date of Purchase Contract:** | **Investor:** Fannie Mae |
| **Seller:** Jeanna Reedy | **Buyer:** Christina Martin |
| **Seller:** | **Buyer:** |
| **Seller's Agent/Listing Agent:** Tracey Bitoni | **Buyer's Agent:** |
| **Escrow Closing Agent:** | **Transaction Facilitator:** |

This Short Sale Affidavit ("Affidavit") is given by the Seller(s), Buyer(s), Agent(s), and Facilitator to the Servicer and the Investor of the mortgage loan secured by the Property ("Mortgage") in consideration for the mutual and respective benefits to be derived from the short sale of the Property. NOW, THEREFORE, the Seller(s), Buyer(s), Agent(s), and Facilitator do hereby represent, warrant and agree under the pains and penalties of perjury, to the best of each signatory's knowledge and belief, as follows:

(a) The sale of the Property is an "arm's length" transaction, between Seller(s) and Buyer(s) who are unrelated and unaffiliated by family, marriage, or commercial enterprise;

(b) There are no agreements, understandings or contracts between the Seller(s) and Buyer(s) that the Seller(s) will remain in the Property as tenants or later obtain title or ownership of the Property, except that the Sellers(s) are permitted to remain as tenants in the Property for a short term, as is common and customary in the market but no longer than ninety (90) days, in order to facilitate relocation;

(c) Neither the Sellers(s) nor the Buyer(s) will receive any funds or commissions from the sale of the Property except that the Seller(s) may receive a payment if it is offered by the Servicer, approved by the Investor and, if the payment is made at closing of the short sale of the Property, reflected on the Closing Disclosure Statement;

(d) The Seller's Listing Agent has presented all offers for the purchase of the Property to the Borrower and no offers have been held, concealed or delayed due to action or inaction by any Agent.

(e) There are no agreements, understandings or contracts relating to the current sale or subsequent sale of the Property that have not been disclosed to the Servicer;

(f) All amounts to be paid to any person or entity, including holders of other liens on the Property, in connection with the short sale have been disclosed to and approved by the Servicer and will be reflected on the Closing Disclosure Statement;

(g) Each signatory understands, agrees and intends that the Servicer and the Investor are relying upon the statements made in this Affidavit as consideration for the reduction of the payoff amount of the Mortgage and agreement to the sale of the Property;

continued →

**Questions?** Contact Your Account Resolution Team.

Phone: (800) 508 0944
Email: AccountResolution@QuickenLoans.com
Secure Fax: (877) 380-5084

Hours: Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET



**Affidavit of Arm's Length Transaction**

1050 Woodward Avenue | Detroit, MI 48226

(h) A signatory who makes a negligent or intentional misrepresentation agrees to indemnify the Servicer and the Investor for any and all loss resulting from the misrepresentation including, but not limited to, repayment of the amount of the reduced payoff of the Mortgage;

(i) This Affidavit and all representations, warranties and statements made herein will survive the closing of the short sale transaction; and

(j) Each signatory understands that a misrepresentation may subject the person making the misrepresentation to civil and/or criminal liability.

IN WITNESS WHEREOF, I have subscribed my name this _____ day of _____, 20 _____.

_____     _____
Seller's Signature                                                  Print Seller's Name

IN WITNESS WHEREOF, I have subscribed my name this _____ day of _____, 20 _____.

_____     _____
Seller's Signature                                                  Print Seller's Name

IN WITNESS WHEREOF, I have subscribed my name this _____ day of _____, 20 _____.

_____     _____
Buyer's Signature                                                  Print Buyer's Name

IN WITNESS WHEREOF, I have subscribed my name this _____ day of _____, 20 _____.

_____     _____
Buyer's Signature                                                  Print Buyer's Name

IN WITNESS WHEREOF, I have subscribed my name this _____ day of _____, 20 _____.

_____     _____
Escrow Closing Agent's Signature                            Print Escrow Closing Agent's Name

IN WITNESS WHEREOF, I have subscribed my name this _____ day of _____, 20 _____.

_____     _____
Buyer's Agent's Signature                                     Print Buyer's Agent's Name

IN WITNESS WHEREOF, I have subscribed my name this _____ day of _____, 20 _____.

_____     _____
Seller's Agent/Listing Agent's Signature                   Print Seller's Agent/Listing Agent's Name

IN WITNESS WHEREOF, I have subscribed my name this _____ day of _____, 20 _____.

_____     _____
Transaction Facilitator's Signature (if applicable)      Print Transaction Facilitator's Name

**Questions?** Contact Your Account Resolution Team.

Phone: (800) 508 0944
Email: AccountResolution@QuickenLoans.com
Secure Fax: (877) 380-5084

Hours: Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET